**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00685-CV

**ASSOCIATED AIR CENTER LP F/K/A A LANDMARK AVIATION CO., ASSOCIATED AIR CENTER INTERNATIONAL, INC.; DAE AVIATION HOLDINGS, INC. D/B/A DUBAI AEROSPACE, APPELLANTS**

**V.**

**TARY NETWORK, LTD.; CITADELLA INTERNATIONAL GROUP, LTD., APPELLEES**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-01620**

## ORDER

On December 20, 2013, we ordered Sheretta L. Martin, Official Court Reporter of the 162nd Judicial District Court, to file the reporter's record by **DECEMBER 30, 2013** and not sit as a court reporter until the record was filed. On December 30, 2013, instead of filing the record, she requested an additional five (5) days to file the record because "the final invoice has not been paid." Seven days have passed since the filing of the motion and the record has still not been filed. Accordingly, we **DENY** the motion. Our December 20, 2013 order remains in effect and Ms. Martin may not sit until the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Phyllis Lister Brown, Presiding Judge, 162nd Judicial District Court; Sheretta L. Martin; and counsel for all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE